# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PAUL JAMIL BOYD,         :   No. 32 MM 2021

       Petitioner        :

       v.        :

THE COURT OF COMMON PLEAS OF   :
LUZERNE COUNTY,        :

       Respondent        :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 26th day of May, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.